# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT LEE KIMBERLY, JR.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:17CV00197 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **DEPT. OF CORRECTIONS,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that this action pursuant to 42 U.S.C. § 1983, is summarily DISMISSED under 28 U.S.C. § 1915A(b)(1) as frivolous; and the clerk shall close the case.

ENTER: June 9, 2017

/s/ James P. Jones
United States District Judge